DANIEL J. BRODERICK
Federal Defender
TIMOTHY ZINDEL, BAR #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEFFRE SANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Mag. No. 07-0307 KJM |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME** |
| v. | ) | |
| JEFFRE SANDERSON, | ) | DATE: October 19, 2007 |
| Defendant. | ) | Time: 2:00 p.m. |
| | ) | Judge: Kimberly J. Mueller |

It is hereby stipulated and agreed between defendant, Jeffre Sanderson, and plaintiff, United States of America, by and through their attorneys, that the preliminary hearing set for October 19, 2007, may be continued to November 19, 2007 at 2:00 p.m.

The parties are currently addressing possible resolution of an earlier-filed indictment involving Mr. Sanderson (2:06-cr-358 FCD) and their decision in that case may affect whether the United States seeks to indict Mr. Sanderson on the charge described in the above-captioned complaint. To have time to consider resolving all charges, the parties agree to extend the time for preliminary

1

examination until November 19, 2007, and agree that their discussions constitute good cause within the meaning of Federal Rule of Criminal Procedure 5.1(d). The parties further agree that the time within which indictment must be filed may be extended to November 19, 2007, and that time under the Speedy Trial Act may be excluded to that date, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), to afford both parties reasonable time to prepare.

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:   October 17, 2007       /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JEFFRE SANDERSON

McGREGOR W. SCOTT
United States Attorney

Dated:   October 17, 2007       /s/  T. Zindel for M. Beckwith
MICHAEL BECKWITH
Assistant U.S. Attorney

**O R D E R**

The preliminary hearing is continued to November 19, 2007, the Court finding good cause, and time is excluded for the reasons set forth above.

IT IS SO ORDERED.

Dated:   October 19, 2007.

U.S. MAGISTRATE JUDGE