FILED
November 19, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>JEFFRE SANDERSON,<br><br>        Defendant. | Case No. MAG. 07-0307 KJM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JEFFRE SANDERSON , Case No.  MAG. 07-0307 KJM . Charge~~s~~ from custody. ~~subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:~~ *Defendant's release governed by the conditions set in Case No 06 CR 00358 FCD which is still pending.*

   ___   Release on Personal Recognizance

   ___   Bail Posted in the Sum of $_____

        ___   Unsecured Appearance Bond

        ___   Appearance Bond with 10% Deposit

        ___   Appearance Bond with Surety

        ___   Corporate Surety Bail Bond

        ___   (Other) _____

Issued at  Sacramento, CA  on  November 19, 2007  at   2:30   pm  .

By  *Dale A. Drozd*
Dale A. Drozd
United States Magistrate Judge